**Opinion issued March 18, 2014**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-13-00978-CR

————————————

**WILLIAM HARRIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 232nd District Court**
**Harris County, Texas**
**Trial Court Case No. 876384**

---

## MEMORANDUM OPINION

On February 25, 2014, appellant, William Harris, filed a motion to dismiss this appeal. No prior opinion has issued. Accordingly, we grant the motion and dismiss this appeal. *See* TEX. R. APP. P. 42.2(a). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Bland, and Brown.

Do not publish. TEX. R. APP. P. 47.2(b).